In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No.
06-11-00195-CR

                                                ______________________________

 

 

 

                                                                        IN
RE:

                                                           BENNIE
L. BENNETT

 

 

                                                                                                  


 

                                                                                                                            


                                                     Original
Mandamus Proceeding

 

                                                                                                  


 

 

 

 

                                          Before
Morriss, C.J., Carter and Moseley, JJ.

                                              Memorandum
Opinion by Justice Carter

                                                                              

                                                                              








                                                      MEMORANDUM
OPINION

 

            Bennie L. Bennett has filed a pro se
petition for writ of mandamus asking this Court to order Mellinda Craig, the
District Clerk of Harrison County, to forward his writ of habeas corpus,
pursuant to Tex. Code Crim. Proc. Ann.
art. 11.07 (West Supp. 2010), to the trial court.

            This Court does not have mandamus
jurisdiction over district clerks except when necessary to enforce our
jurisdiction.  Tex. Gov’t Code Ann. § 22.221 (West 2004); In re Coronado, 980 S.W.2d 691, 692–93
(Tex. App.—San Antonio 1998, orig. proceeding) (per curiam) (for district clerk
to fall within jurisdictional reach of court of appeals, must establish that
mandamus is necessary to enforce court of appeals’ jurisdiction).  Bennett has not alleged facts sufficient for
the district clerk to fall within our jurisdictional reach.  

For the reasons stated, we deny Bennett’s
petition for writ of mandamus.

 

 

 

                                                                        Jack
Carter

                                                                        Justice

 

Date
Submitted:          September 26, 2011

Date
Decided:             September 27, 2011

 

Do Not Publish






0;                              Justice
          
Date Submitted:      October 20, 2003
Date Decided:         December 2, 2003